

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JONATHAN ALUKO )<br>)<br>Defendant. ) | 2:04-CR-365-KJD-VCF |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#288) on September 18, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIBANK
Amount of Restitution: $24,030.82

**Total Amount of Restitution ordered: $24,030.82\*\***
\*\* Joint and Several with co-defendants Hope Graham and Barry Akala

Dated this 14th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE